UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Board of Managers of The Sorting House Condominium on Behalf of the Unit Owners of The Sorting House Condominium,

Plaintiff,

-against-

United States Postal Service,

Defendant.

26-CV-4582 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's June 3, 2026 Order, Dkt. 5, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by August 18, 2026.

SO ORDERED.

Dated: August 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge